UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ALYSSA LEWIS, individually and on behalf of
all others similarly situated;
    Plaintiff,

v.

CASE NO.: 2:18-cv-04731

PHILLIPS & COHEN ASSOCIATES, LTD.
JOHN DOES 1-25
    Defendant.

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** October 29, 2018

| For Plaintiff Alyssa Lewis | For Defendant Phillips & Cohen Associates, LTD |
|---|---|
| /s/ Yaakov Saks<br>Yaakov Saks<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>201-282-6500 x101<br>ysaks@steinsakslegal.com | /s/ Stephen J. Steinlight<br>Stephen J. Steinlight<br>TROUTMAN SANDERS, LLP<br>875 Third Avenue<br>New York, New York 10022<br>212-704-6008<br>stephen.steinlight@troutman.com |

## CERTIFICATE OF SERVICE

I certify that on October 29, 2018, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Yaakov Saks
Yaakov Saks
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
*Attorneys for Plaintiff*

**Clerk of Court shall mark this matter closed.
So Ordered on October 30, 2018.**

Hon. Esther Salas, U.S.D.J.